**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00123-CV

### RONROYAL OWENS, Appellant

### V.

### JERRY ALEXANDER AND BILLY D. WYATT, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-04346**

## ORDER

Before the Court is appellee Jerry Alexander's November 5, 2018 motion to dismiss the appeal based on appellant's failure to file a brief. Because appellant filed a brief November 8, 2018, we **DENY** the motion.

We note appellant's brief fails to comply with the briefing requirements of Texas Rule of Appellate Procedure 38.1. Rule 38.1 requires an appellant's brief to contain

> (a) a complete list of all parties to the trial court's judgment or order appealed from, and the name and addresses of all trial and appellate counsel, except as otherwise provided in Rule 9.8;
> (b) a table of contents;
> (c) an index of authorities;
> (d) a concise statement of the nature of the case, the course of proceedings, and the trial court's disposition of the case;
> (e) a statement explaining why oral argument should or should not be granted;

(f) a concise statement of all issues presented;

(g) a concise and non-argumentative statement of the facts supported by record references;

(h) a succinct, clear, and accurate statement of the arguments made in the body of the brief;

(i) a clear and concise argument for the contentions made, with appropriate citations to authorities and the record;

(j) a short conclusion stating the nature of the relief sought; and

(k) an appendix that includes the trial court's judgment or order appealed from, any jury charge and verdict or findings of fact and conclusions of law, the text of any relevant law on which argument is based, and the text of any contract or other document that is central to the argument.

*See* TEX. R. APP. P. 38.1. Of these requirements, the brief contains only a list of the parties, a summary of the argument, and a prayer for relief.

Accordingly, we **ORDER** appellant to file no later than November 26, 2018, an amended brief that complies with the rule. We caution that failure to comply will result in dismissal of the appeal without further notice. *See id.* 38.8(a), 42.3(b),(c).

/s/     DAVID EVANS
JUSTICE